# EXHIBIT A

21441  752

EXHIBIT A

That certain parcel of land situate at Waialae-niu, City and County of Honolulu, State of Hawaii, described as follows:

Lot 7, area 14,795 square feet, more or less, in Block 5, of the "Waialae-Kahala Neighborhood Subdivision, Tract A", as shown on the map filed in the Bureau of Conveyances of the State of Hawaii as File Plan No. 478.

Being the land conveyed to Abraham Nguyen Martin, unmarried, by Deed dated July 30, 1985, recorded in the Bureau of Conveyances of the State of Hawaii in Liber 18848 Page 480.

SUBJECT, HOWEVER, to the following:

1. Title to all minerals and metallic mines reserved to the State of Hawaii.

2. A 25 foot building setback line situate along Pahoa Avenue, as shown on the map of File Plan No. 478.

3. A 35 foot building setback line situate along Kilauea Avenue, as shown on the map of File Plan No. 478.

4. Easement E (10 feet wide), for utility purposes, situate along the Westerly boundary of Lot 7, as shown on the map of File Plan No. 478.

5. Lease (License) No. 8561 across Easement E, in favor of Hawaiian Electric Company, Inc. and Hawaiian Telephone Company, dated December 5, 1950, recorded in said Bureau in Liber 2425 Page 35, as extended in perpetuity by instrument dated June 18, 1979, recorded in said Bureau in Liber 13810 Page 521.

6. Covenants, conditions, restrictions, reservations, agreements, obligations and other provisions set forth in the Declaration of Protective Provisions dated July 21, 1978, recorded in said Bureau in Liber 13037 Page 614, as supplemented by instrument dated November 28, 1979, recorded in said Bureau in Liber 14242 Page 170.

NOTE: The marriage of Abraham Nguyen Martin and Nguyet Thi-anh Do on September 1, 1985, in Honolulu, Hawaii.